**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE MEDTRONIC, INC.<br>SPRINT FIDELIS LEADS PRODUCTS<br>LIABILITY LITIGATION<br><br>This documents relates to:<br>**McGill v. Medtronic et al.**<br>**10-cv-03812** | MDL NO. 08-1905 (RHK/JSM)<br><br>**PLAINTIFFS' LEAD COUNSEL'S**<br>**MOTION TO DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 12), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the action styled <u>McGill v. Medtronic, Inc. et al.</u>, Civil Action No. 10-cv-03812, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 24, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
